1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| RODRICK JERMON SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>L. O'BRIAN, *et al.*,<br><br>  Defendants. | Case No. 2:20-cv-01510-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On September 29, 2020, the previously assigned magistrate judge screened plaintiff's complaint, dismissed it for failure to state a claim, and granted plaintiff thirty days to file an amended complaint. ECF No. 5. Plaintiff was subsequently granted a thirty-day extension of time to file an amended complaint. ECF No. 10. Despite that extension, plaintiff failed to timely file an amended complaint. Accordingly, on February 18, 2021, plaintiff was ordered to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and for failure to state a claim. ECF No. 11. Plaintiff was notified that if he wished to continue with this lawsuit, he must file an amended complaint. He was also warned that failure to comply with the February 18 order would result in a recommendation that this action be dismissed.

The deadline has passed, and plaintiff has not filed an amended complaint nor otherwise responded to the February 18, 2021 order.  Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that:

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the September 29, 2020 order. *See* ECF No. 5.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   April 22, 2021                                    _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE